**ZAKAY LAW GROUP, APLC**
Shani O. Zakay (State Bar #277924)
shani@zakaylaw.com
Jennifer Gerstenzang (State Bar #279810)
jenny@zakaylaw.com
Nicole Noursamadi (State Bar #357246)
nicole@zakaylaw.com
Eden Zakay (State Bar # 339536)
eden@zakaylaw.com
Jaclyn Joyce (State Bar #285124)
jaclyn@zakaylaw.com
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 255-9047

Attorneys for PLAINTIFF
*(Additional Counsel on Next Page)*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY M. MACK, an individual, on behalf of themself, and on behalf of all persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH, a Minnesota corporation; MAYO CLINIC, a Minnesota corporation; and DOES 1-50, Inclusive, <br><br> Defendants. | Case No. 3:25-cv-00708-LL-AHG <br><br> **JOINT MOTION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A) AND 23(e)** <br><br> Complaint Filed: January 31, 2025 <br> Action Removed: March 26, 2025 <br><br> Judge: Linda Lopez <br> Magistrate Judge: Allison H. Goddard |

1  **JCL LAW FIRM, APC**
   Jean-Claude Lapuyade (State Bar #248676)
2  jlapuyade@jcl-lawfirm.com
   5440 Morehouse Drive, Suite 3600
3  San Diego, CA 92121
4  Telephone: (619) 599-8292

5  Attorneys for PLAINTIFF
6

7  **LITTLER MENDELSON, P.C.**
   Brittany L. McCarthy (SBN 285947)
8  blmccarthy@littler.com
9  Stephanie A. Kierig (SBN 312294)
   skierig@littler.com
10 501 W. Broadway, Suite 900
11 San Diego, CA 92101
   Telephone: 619.232.0441
12 Facsimile: 619.232.4302
13
14 Attorneys for Defendants MAYO FOUNDATION FOR
   MEDICAL EDUCATION AND RESEARCH and MAYO
15 CLINIC

16
17
18
19
20
21
22
23
24
25
26
27 / / /
28

Plaintiff LINDSEY M. MACK ("Plaintiff") and Defendants MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH and MAYO CLINIC (together, "Defendants") by and through their respective counsel of record (hereinafter collectively, the "Parties"), hereby stipulate and move as follows:

## STIPULATION

WHEREAS, on January 31, 2025, Plaintiff filed a Complaint in San Diego County Superior Court against Defendants entitled *Lindsey M. Mack v. Mayo Foundation for Medical Education and Research, et al.*, Case No. 25CU005778C ("Class Action");

WHEREAS, on March 26, 2025, Defendants removed the Class Action from San Diego County Superior Court to this Court;

WHEREAS, on April 7, 2025, Plaintiff filed a separate Complaint against Defendants in San Diego County Superior Court under the Private Attorneys General Act California Labor Code § 2698 *et seq*. ("PAGA"), designated *Lindsey M. Mack v. Mayo Foundation for Medical Education and Research, et al.*, Case No. 25CU018710C ("PAGA Action");

WHEREAS, on October 3, 2025, the Parties participated in an Early Neutral Evaluation Conference ("ENE") before Magistrate Judge Allison H. Goddard, which the Parties agreed to use as a forum to pursue a global resolution of Plaintiff's claims in both the Class Action and the PAGA Action, and which Magistrate Judge Goddard conducted as a mediation;

WHEREAS, following the ENE, the Parties reached a settlement of the Class Action and PAGA Action ("Settlement") by acceptance of Magistrate Judge Goddard's Mediator's Proposal;

WHEREAS, pursuant to the terms of the Settlement, which was memorialized in a Memorandum of Understanding and long-form settlement agreement, the Parties agreed to seek approval of the Settlement through the PAGA Action in San Diego County Superior Court, and such approval would fully resolve all claims asserted in this

Class Action and all claims asserted in the PAGA Action, as well as any allegations raised during mediation; and

WHEREAS, pursuant to the Parties' agreement and Fed. R. Civ. P. 41(a)(1)(A) and 23(e), the Parties stipulate that all forthcoming deadlines in this action shall be vacated and this action shall be dismissed in its entirety without prejudice. The Parties shall each bear their own fees and costs pursuant to the terms of the Parties' settlement agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel, and for good cause, that upon entry of an Order by the Court approving the Stipulation:

1. All forthcoming deadlines, dates, and events in this action shall be vacated;
2. This action is dismissed in its entirety without prejudice to allow the Parties to obtain approval of the Settlement in San Diego County Superior Court pursuant to the terms of the Parties' settlement agreement; and
3. The Parties shall each bear their own fees and costs pursuant to the terms of their settlement agreement.

Respectfully submitted,

Dated: February 4, 2026

**LITTLER MENDELSON, P.C.**

By: /s/ Stephanie A. Kierig
    Stephanie A. Kierig
    Brittany L. McCarthy

    Attorneys for Defendants

| | | |
|---|---|---|
| 1 | Dated: February 4, 2026 | **ZAKAY LAW GROUP APLC** |
| 2 | | **JCL LAW FIRM APC** |
| 3 | | By: /s/ Jennifer Gerstenzang |
| 4 | | Jennifer Gerstenzang, Esq. |
| 5 | | Shani O. Zakay, Esq. |
| 6 | | Jean-Claude Lapuyade, Esq. |
| 7 | | Attorneys for Plaintiff |

27  / / /

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Defendants' Counsel, and that I have obtained Defendants' Counsel's authorization to affix their electronic signature to this document.

Dated: February 4, 2026              **ZAKAY LAW GROUP, APLC**

                                     By: /s/ Jennifer Gerstenzang
                                     Jennifer Gerstenzang, Esq.
                                     Attorney for Plaintiff

/ / /

# CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 4, 2026                    **ZAKAY LAW GROUP, APLC**

                                           By: /s/ Jennifer Gerstenzang
                                           Jennifer Gerstenzang, Esq.
                                           Attorney for Plaintiff